UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>GARY L HATHAWAY<br><br><br><br>**Debtor** | CASE NO: 19-40529-659<br>Chapter 13<br><br>Trustee's Objection to Confirmation<br>Original Confirmation Hearing set for:<br>April 11, 2019  11:00 am |

## AMENDED TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

**COMES NOW** Diana S. Daugherty, Standing Chapter 13 Trustee, and for her objection to confirmation states as follows:

1. The plan does not contain enough funds to pay secured and priority creditors in full and pay the amount guaranteed to general unsecured creditors (if any).  11 U.S.C. §§ 1322(a)(2) and 1325(a)(5)(B)(ii).  The approximate amount of the shortfall is $6800.
2. A claim has been filed for an unscheduled vehicle.

**WHEREFORE** the Trustee prays the Court enter its order denying confirmation of the proposed plan.

Dated: April 24, 2019

OBJCONFAF--KLW

/s/ Kathy Wright
Kathy Wright MO31047
Attorney for Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on April 24, 2019, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on April 24, 2019.

GARY L HATHAWAY
337 MISTY VALLEY DR
SAINT PETERS, MO  63376

/s/ Kathy Wright
Kathy Wright MO31047